B5 (Official Form 5) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

**INVOLUNTARY PETITION**

| | |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>V-S Industries, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>V-S Grinding |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>900 South Chaddick<br>Wheeling, Illinois 60090 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook ZIP CODE 60090 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☒ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS (Check applicable boxes)

COURT USE ONLY

1. ☐ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) – Page 2   Name of Debtor   V-S Industries, Inc.

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x By: /s/ Charles M. Thomson, DoALL Company
Signature of Petitioner or Representative (State title)
DoALL Company
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Charles M. Thomson, Attorney
DoALL Company
1480 South Wolf Road
Wheeling, Illinois 60090

x /s/ Charles M. Thomson   7/30/10
Signature of Attorney                         Date
Charles M. Thomson
Name of Attorney Firm (If any)
Address 1480 South Wolf Road
Wheeling, Illinois 60090

Telephone No. 847-495-6834

x /s/ [signature] As Assignee of the 2nd   8/2/10 Assigned
Signature of Petitioner or Representative (State title)
Tool Crib Supply, Inc.
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Michael L. Kayman, Assignee
10 S. Riverside Plz., Ste. 1800
Chicago, Illinois 60606
As Assignee for Benefit of Creditors of Tool Crib Supply, Inc.

x _____  Date _____
Signature of Attorney
Name of Attorney Firm (If any)
Address

Telephone No.

x /s/ Shirley Maier
Signature of Petitioner or Representative (State title)
Cutco Industrial Supply, Inc.
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Shirley Maier, President
Cutco Industrial Supply, Inc.
2202 Landmeier Road
Elk Grove Village, IL 60007

x _____  Date _____
Signature of Attorney
Name of Attorney Firm (If any)
Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| DoALL Company, 1480 South Wolf Rd. Wheeling, Illinois 60090 | trade payable | $11,274.65 |
| Tool Crib Supply, Inc., c/o Michael Kayman, Assignee, 10 S. Riverside Plz, Ste. 1800, Chicago, IL 60606 | trade payable | $41,474.78 |
| Cutco Industrial Supply, Inc. 2202 Landmeier Road, Elk Grove Village, IL 60007 | trade payable | $17,115.04 |
| | Total Amount of Petitioners' Claims | $69,864.47 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

__0__ continuation sheets attached